UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PHARAOH SKYLAR, *on behalf of himself and all others similarly situated,* | Civil Action No. 3:20-cv-00408-MOC-DSC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| PMAB, LLC, | |
| Defendant. | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: December 22, 2020.

                                              Respectfully submitted,

                                              /s/ Chris Brown
                                              Chris Brown (N.C. Bar No. 33365)
                                              Thompson Consumer Law Group, PC
                                              121 Kendlewick Dr.
                                              Cary, NC 27511
                                              Telephone: (888) 332-7252
                                              Facsimile: (866) 317-2674
                                              cbrown@ThompsonConsumerLaw.com

                                              Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I certify that on December 22, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Chris Brown
Chris Brown
