UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PHARAOH SKYLAR, *on behalf of himself and all others similarly situated,*  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>PMAB, LLC,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 3:20-cv-00408-MOC-DSC<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 8, 2021

Respectfully submitted,

/s/ Chris Brown
Chris Brown (N.C. Bar No. 33365)
Thompson Consumer Law Group, PC
121 Kendlewick Dr.
Cary, NC 27511
Telephone: (888) 332-7252
Facsimile: (866) 317-2674
cbrown@ThompsonConsumerLaw.com

Attorneys for Plaintiff

/s/ Kendra Stark
Kendra Stark (N.C. Bar No. 52408)
Gordon & Rees LLP
421 Fayetteville Street, Suite 330
Releigh, NC 27601
Telephone: (984) 242-1787
Facsimile: (919) 741-5840
kstark@grsm.com

Attorneys for Defendant

1

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Chris Brown
Chris Brown
